**Order entered January 12, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01232-CV

**BRAD HERRIAGE AND LOGISTICS SOLUTIONS INTL., LLC, Appellants**

**V.**

**BNSF LOGISTICS LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07547**

## ORDER

Before the Court is appellants' January 10, 2017 second unopposed motion for extension of time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed by February 15, 2017. We caution appellants that further requests for extension of time will be disfavored.

/s/     ELIZABETH LANG-MIERS
          JUSTICE